UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REX C. GUNTHER, <br> a/k/a Peter c. Kroner <br><br> Petitioner, <br><br> v. <br><br> BROOKE KRAUSHAAR, <br><br> Respondent. | No. 4:15CV1329 SPM |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The Court prematurely entered a Case Management Order directing the respondent to answer the petition for writ of mandamus because respondent has not been served with process. Petitioner is civilly committed in a mental health facility, and he is not able to accomplish service on his own.

Accordingly,

**IT IS HEREBY ORDERED** that the Case Management Order dated October 6, 2015, is **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to issue service of process on respondent at the address provided in the amended complaint.

Dated this 3rd day of November.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE